UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JESSICA SHELL,  )
      )
    Plaintiff,  )
      )
    v.  )    No. 4:04-CV-1817 CAS
      )
GLENN O. EBKER, SHERIFF, and  )
GASCONADE COUNTY,  )
      )
    Defendants.  )

**PARTIAL JUDGMENT AND ORDER OF DISMISSAL**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Gasconade County and against plaintiff on all of plaintiff's claims in Counts I-V of the complaint.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Glenn O. Ebker and against plaintiff on (1) the section 1983 Fourth Amendment claims against Ebker in his official capacity for unlawful seizure, excessive force, unlawful arrest, and unlawful search in Count I; (2) the section 1983 claims against Ebker in his individual and official capacities for false imprisonment in Count II; (3) the state law battery claim against Ebker in his official capacity in Count III; (4) the state law false imprisonment claim against Ebker in his official capacity in Count IV; and (5) the section 1983 failure to train claims against Ebker in his individual and official capacities in Count V.

**IT IS FURTHER ORDERED** that plaintiff's section 1983 Fourteenth Amendment substantive due process claims in Count I are **DISMISSED**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of April, 2006.