UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSICA SHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04-CV-1817 CAS |
| ) | |
| GLENN O. EBKER and ) | |
| GASCONADE COUNTY, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came on for trial before a jury, the undersigned United States District Judge presiding.

The jury having rendered its verdict against plaintiff and in favor of remaining defendant Glenn O. Ebker on May 24, 2006,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered against plaintiff Jessica Shell and in favor of defendant Glenn O. Ebker.

**IT IS FURTHER ORDERED** that costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of May, 2006.