# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JESSICA SHELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:04-CV-1817 CAS |
| GLENN O. EBKER and GASCONADE COUNTY, | ) ) ) ) |
| Defendants. | ) |

## AMENDED JUDGMENT

This action came on for trial before a jury, the undersigned United States District Judge presiding.

The jury having rendered its verdict against plaintiff and in favor of remaining defendant Glenn O. Ebker on May 24, 2006,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered against plaintiff Jessica Shell and in favor of defendant Glenn O. Ebker.

**IT IS FURTHER ORDERED** that each party shall bear his or her own costs.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  24th  day of July, 2006.